FRED MYERS, Appellant, v. TOWN OF GATES, Respondent.

*Myers* v. *Town of Gates,* 111 App. Div. 909, affirmed.
(Argued March 12, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 18, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*Philetus Chamberlain* and *Albert L. Shepard* for appellant.

*George P. Decker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ABNER J. HAYDEL, Respondent, v. HOWARD GOULD, Appellant.

*Haydel* v. *Gould,* 113 App. Div. 913, affirmed.
(Argued March 12, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for services alleged to have been rendered pursuant to a written contract.

*William Pierrepont Williams* for appellant.

*Robert Thorne* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.